

# NUMBER 13-22-00026-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANDREGER TOLBERT,**                                         **Appellant,**

**v.**

**BRYANT TOLBERT,**                                         **Appellee.**

---

### On appeal from the 264th District Court
### of Bell County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the court on its own motion.[1] On February 2, 2022, the Clerk of the Court notified appellant that his notice of appeal failed to comply with TEX. R. APP. P. 9.5(e) and was provided thirty days to correct the defect. On March 10, 2022, the Clerk

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001

of the Court again notified appellant that his notice of appeal failed to comply with TEX. R. APP. P. 9.5(e) and was provided ten days to correct the defect. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 42.3(b),(c).

Appellant failed to cure the defect in his notice of appeal and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
26th day of May, 2022

2